# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>JESSICA MORALES,<br><br>　　　　　　　　　　Defendant. | Case No.: 20CR2296-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE; ORDER TO EXONERATE THE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and the bond in this case be exonerated.

**IT IS SO ORDERED.**

Dated:  December 7, 2020

　　　　　　　　　　　　　　　　　　　　*/s/ Gonzalo Curiel*
　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　United States District Judge